■ In the Matter of RALPH A. VANDERLINDE, Appellant, v ORAN N. NEUHARD, as Mayor of the Village of Newark, et al., Respondents.—Judgment unanimously affirmed, without costs, for the reasons stated in the decision of Supreme Court, Monroe County (Siracuse, J.). (Appeal from judgment of Monroe Supreme Court in article 78 proceeding for reinstatement.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.

■ MAZZARELLA BUILDING Co., INC., Appellant, v LOUP REALTY CORP. et al., Respondents.—Motion for reargument, or, in the alternative, for leave to appeal to Court of Appeals denied. Memorandum decision dated January 16, 1976 [51 AD2d 672] amended by striking from the sentence "Defendant not only failed to appear for examination but on various occasions failed to appear on the return dates of scheduled court appearances" the word "Defendant" and inserting in place thereof the word "Plaintiff". Present— Cardamone, J. P., Simons, Mahoney, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RUSSELL DI FIGLIA, Respondent.—Motion to amend remittitur order to reflect that reversal be on the law alone denied; remittitur order amended to reflect that the reversal be on the law and facts. Present—Marsh, P. J., Moule, Simons, Goldman and Witmer, JJ.

■ MANUFACTURERS AND TRADERS TRUST Co., Respondent, v VINCENT SHAW, Appellant.—Motion to dismiss appeal for lack of jurisdiction denied; cross motion for an extension of time to perfect appeal denied as unnecessary (see 22 NYCRR 1000.3).